# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UDR, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:13-cv-1942-Orl-28GJK**

**EILEEN FUENTES, VANESSA RIVERA,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Defendant Fuentes' Application to Proceed in District Court without Prepaying Fees or Costs ("Motion") (Doc. No. 3) filed December 19, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be remanded to state court.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 16, 2014 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Fuentes' Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 3) is **DENIED**.

3. All pending motions are **DENIED as moot**.

4.   This case is **REMANDED** to the County Court of Orange County, Florida, Case No. 2013-CC-14933-O.

5.   The Clerk of the Court is directed to remand this case as set forth above and to then close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of February, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party